# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>       v.<br><br>NICHOLAS TRAINA,<br><br>       Defendant. | Criminal Action No. 24-324 (CKK) |

## ORDER
(July 25, 2024)

      This matter comes before the Court on the [21] Pretrial Violation Report. Therein, the report states that Defendant "is non-compliant with the rules and regulations of his courtesy supervision set by Pretrial Services-District of New Jersey/Trenton." ECF No. 21 at 2. According to the supplement attached to the report, Defendant appears to protest certain conditions of release; specifically, Defendant "does not consent to mental health testing/treatment or drug testing/treatment." ECF No. 21-1 at 1. Defendant also confirmed that his relative, with whom he is living, owns a firearm that remains in the home. *Id.* The supplement also suggests that Defendant is not answering phone calls or responding to emails from pretrial service officers. *Id.* at 1–2. Based on the foregoing, PSA made the following recommendation: "Program Removal." ECF No. 21 at 4.

      Defendant's conditions of release were set by Magistrate Judge Moxila A. Upadhyaya on July 2, 2024. *See* Order, ECF No. 9. Accordingly, upon consideration of the [21] Pretrial Violation Report, it is this 25th day of July, 2024, hereby

      **ORDERED**, that this matter is referred to Magistrate Judge Moxila A. Upadhyaya for review of Defendant's conditions of release with Defendant. Magistrate Judge Upadhyaya shall determine the need thereof, and discuss resolutions in light of Defendant's purported lack of compliance.

**SO ORDERED.**

                                                                                    /s/<br>
                                                             **COLLEEN KOLLAR-KOTELLY**<br>
                                                             United States District Judge