UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 24-cr-324 (CKK) (MAU) |
| | : | |
| **NICHOLAS TRAINA** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT STATUS REPORT

Pursuant to the Court's minute order dated September 5, 2024, the parties in the above-captioned action respectfully submit this joint status report regarding Defendant Nicholas Traina's compliance with his conditions of release.

At the September 5, 2024 hearing, the government informed the Court that the defendant had taken steps to comply with his release conditions, and that the only remaining issue was whether the defendant would move out of his residence where there is a firearm present. Since then, the government understands that the defendant continues to comply with his release conditions. On September 16, 2024, the defendant reported to Pretrial Services in the District of New Jersey that he has moved to a new address in South River, New Jersey. The defendant has not yet provided information verifying this new address. Nor has Pretrial Services in the District of New Jersey verified the address or conducted a home assessment. The defendant notes that he is waiting for Pretrial Services in the District of New Jersey to contact him about scheduling a home assessment.

| FOR THE DEFENDANT | FOR THE UNITED STATES |
|---|---|
| NICHOLAS TRAINA<br>Defendant | MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar No. 481052 |
| /s/ *Allen H. Orenberg*<br>Allen H. Orenberg<br>The Orenberg Law Firm, LLC<br>D.C. Bar No. 395519<br>200-A Monroe Street, Suite 233<br>Rockville, Maryland 20850<br>Tel. No. 301-807-3847<br>Fax No. 240-238-6701<br>aorenberg@orenberglaw.com | /s/ *Jake E. Struebing*<br>Jake E. Struebing<br>Assistant U.S. Attorney<br>D.C. Bar No. 1673292<br>U.S. Attorney's Office for the<br>District of Columbia<br>601 D Street, N.W.<br>Washington, DC 20530<br>Phone: (202) 252-6931<br>Email: Jake.Struebing@usdoj.gov |