UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

v.

**NICHOLAS TRAINA,**

**Defendant.**

Case No. 24-cr-324-CKK-MAU

**ORDER**

On July 25, 2024, the Pretrial Violation Report (ECF No. 21) was referred by Judge Kollar-Kotelly to this Court "for review of Defendant's conditions of release" and to "determine the need thereof, and discuss resolutions in light of Defendant's purported lack of compliance." ECF No. 22. Upon consideration of the Parties' representations at the status hearings on September 5 and September 18, 2024, including that Defendant has come into compliance with his conditions of releases by moving to a new residence, it is hereby:

**ORDERED**, that Pretrial Services in the District of New Jersey shall conduct a home assessment of Defendant's new residence within two weeks of the date of this Order. The Court appreciates the courtesy supervision from the New Jersey office; and it is,

**FURTHER ORDERED**, that the Parties shall submit a joint status report within one business day of the home assessment being conducted in the District of New Jersey and advise whether Defendant is now in full compliance with all of his conditions of release.

**SO ORDERED.**

1

Date: September 19, 2024

                                                                     _____
HONORABLE MOXILA A. UPADHYAYA
United States Magistrate Judge