UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 24-cr-324 (CKK) (MAU) |
| | : | |
| **NICHOLAS TRAINA** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT STATUS REPORT

Pursuant to the Court's minute order [28] dated September 19, 2024, the parties in the above captioned action respectfully submit this joint status report regarding Defendant Nicholas Traina's compliance with his conditions of release.

On September 20, 2024, the D.C. Pre-Trial Service Agency filed a status report [20] which states (on page two) "On 9/19/2024, a home assessment was conducted by the District of New Jersey, Trenton office . . . PSA is not aware of any violations concerning the above-mentioned conditions of release as there have been no alleged violations reported to PSA." Furthermore, on page four of this status report PSA recommends "No change in release conditions."

| FOR THE DEFENDANT | FOR THE UNITED STATES |
|---|---|
| NICHOLAS TRAINA | MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar No. 481052 |
| /s/ *Allen H. Orenberg*<br>Allen H. Orenberg, D.C Bar No. 395519 | /s/ *Jake E. Struebing*<br>Jake E. Struebing, D.C. Bar No. 1673292 |
| The Orenberg Law Firm, LLC<br>200-A Monroe Street<br>Suite 233<br>Rockville, Maryland 20850<br>Tel. No. 301-807-3847<br>Fax No. 240-238-6701<br>aorenberg@orenberglaw.com | Assistant U.S. Attorney<br>U.S. Attorney's Office<br>For the District of Columbia<br>601 D Street, N.W.<br>Washington, DC 20530<br>Phone: (202) 252-6931<br>Jake.Struebing@usdoj.gov |