**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>NICHOLAS TRAINA,<br>    Defendant. | Criminal Action No. 24-324 (CKK) |

**ORDER REGARDING COVID PROCEDURES**
(December 3, 2024)

In light of the continued community transmission of COVID-19 in the District of Columbia, the Court hereby **ORDERS** that the following procedural rules shall apply at trial:

1. Through all proceedings, all trial participants must wear face masks covering the mouth and nose throughout the entire proceeding, except as directed by the Court. The Court may provide testifying witnesses or other participants with a clear protective facial mask.

2. Each side may have a maximum of six individuals seated at counsel table. The Court will ensure that there is one table for Defendant and one table for the Government. **Counsel should notify the Court via e-mail to the courtroom deputy clerk if they need for any individual other than counsel, the defendant, and witnesses to attend the proceeding**.

3. All participants must remain at or near their assigned places throughout the proceeding, except as directed by the Court. Attorneys shall use the microphones at counsel table or at the podium adjacent to each counsel table when speaking and shall not move away from their assigned places unless the Court authorizes them to do so. If the Court recesses for a break, all participants must return to the seat they occupied prior to the break.

4. Witnesses presenting live testimony will wait in witness rooms located adjacent to the courtroom prior to testifying. The courtroom deputy clerk will show counsel the locations of

the witness rooms the morning of the hearing. Counsel will be responsible for directing their witnesses to the witness rooms when the witnesses arrive, and for retrieving their witnesses from the witness rooms when it is time for the witnesses to testify.

5. Witnesses will testify from the witness stand.

6. The Court will open the gallery to the public each morning. Entrance to the gallery shall be on a first-come, first-served basis. Members of the public who enter the gallery to observe proceedings shall wear a mask at all times. If necessary, the Court will reserve one seat in the gallery for press, also on a first-come, first-served basis.

**7.** Any individual who has tested positive for COVID-19, is experiencing symptoms consistent with COVID-19, or learns of exposure to an individual who has tested positive for COVID-19, should not come to the courthouse and should contact the courtroom deputy clerk for further instructions. If during the proceeding any participant experiences symptoms consistent with COVID-19 or learns of exposure to an individual who has tested positive for COVID-19, that person should notify the courtroom deputy clerk immediately.

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge