IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Case No. 1:24-CR-324-CKK |
| | : | |
| **NICHOLAS TRAINA,** | : | |
| Defendant. | : | |

## RESPONSE TO COURT'S MINUTE ORDER

COMES NOW, Allen H. Orenberg, counsel for Nicholas Traina, to respectfully repsond to the Court's Minute Order dated January 23, 2025.

Defendant Nicholas Traina has no objection to the Court granting the United States' Motion to Dismiss Indictment with Prejudice Pursuant to Federal Rule Criminal Procedure 48(a). [ECF 41]

Respectfully Submitted,

_____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, LLC
200-A Monroe Street, Suite 233
Rockville, Maryland 20850
Tel. No. 301-807-3847
Fax No. 240-238-6701
aorenberg@orenberglaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of January, 2025, a copy of the foregoing Response to Court's Minute Order was filed/served via CM/ECF to all registered persons in this cause.

_____

Allen H. Orenberg